IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:16CR 23 |
| | § | Judge Mazzant |
| FRANK CHARLES SPEZZANO III (1) | § | |
| PETER JAMES THOMPSON (2) | § | |

**FILED**
FEB 11 2016
Clerk, U.S. District Court
Texas Eastern

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about December 2014, and continuously thereafter up to and including February 11, 2016, in the Eastern District of Texas and elsewhere,

**Frank Charles Spezzano, III**
**Peter James Thompson**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 20 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 2 grams of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

Indictment/Notice of Penalty – Page 1

In violation of 21 U.S.C. § 846.

### Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possession with the Intent to
Manufacture and Distribute
Methamphetamine)

In or about February 2015, in the Eastern District of Texas and elsewhere,

**Frank Charles Spezzano, III**
**Peter James Thompson**

defendants, did knowingly and intentionally possess with the intent to distribute 20 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 2 grams of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 841(a)(1).

### Count Three

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about February 13, 2015, within the Eastern District of Texas, **Frank Charles Spezzano, III** and **Peter James Thompson**, defendants, did knowingly possess firearms, namely, a Maverick Arms Model 88, 12 gauge shotgun, serial number MV35274S, Taurus Model PT101P, .40 caliber pistol, serial number SCS03077, Star Model Super, 9mm pistol, serial number 022518, and Iver Johnson Model Safety Auto 2nd, .38 caliber revolver, serial number Q43110 in furtherance of a drug trafficking crime

for which he may be prosecuted in a Court of the United States, to wit: possession of methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Four

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about February 13, 2015, within the Eastern District of Texas, **Frank Charles Spezzano, III**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce the following firearms, a Maverick Arms Model 88, 12 gauge shotgun, serial number MV35274S, Taurus Model PT101P, .40 caliber pistol, serial number SCS03077, Star Model Super, 9mm pistol, serial number 022518, and Iver Johnson Model Safety Auto 2nd, .38 caliber revolver, serial number Q43110.

In violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, these defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to:

Maverick Arms Model 88, 12 gauge shotgun, serial number MV35274S;

Taurus Model PT101P, .40 caliber pistol, serial number SCS03077;

Star Model Super, 9mm pistol, serial number 022518, and

Iver Johnson Model Safety Auto 2nd, .38 caliber revolver, serial number Q43110.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
TRACEY M. BATSON
Assistant United States Attorney

2-11-16
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:16CR_____ |
| | § | Judge _____ |
| FRANK CHARLES SPEZZANO III (1) | § | |
| PETER JAMES THOMPSON (2) | § | |

## Count One

<u>Violation</u>: 21 U.S.C. § 846

<u>Penalty</u>: If 20 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 2 grams or more of methamphetamine (actual) -- not more than 20 years, a fine not to exceed $3 million, or both; supervised release of at least three years.

Special Assessment: $100.00

## Count Two

<u>Violation</u>: 21 U.S.C. § 841(a)(1)

<u>Penalty</u>: If 20 grams or more of a mixture or substance containing a detectable amount of methamphetamine or if 2 grams or more of methamphetamine (actual) -- not more than 20 years, a fine not to exceed $3 million, or both; supervised release of at least three years.

Special Assessment: $100.00

## Count Three

<u>Violation</u>: 18 U.S.C. § 924(c)

<u>Penalty</u>: Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment: $100.00

## Count Four

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; and supervised release of not more than three years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment: $100.00