ORIGINAL

FILED

AUG 2 9 2016

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA    §
                            §
v.                          §    No. 4:16CR23
                            §    Judge Mazzant Crone
FRANK CHARLES SPEZZANO, III §

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Frank Charles Spezzano, III**, defendant

herein, that the following facts are true and correct, and that he understands and agrees,

with the express consent of his counsel, Frank Henderson, that this factual basis may be

used by the Court to determine whether his plea is voluntary and knowing and by the

probation officer and Court to determine an appropriate sentence for the offense to which

he is pleading guilty:

1.    On February 13, 2015, McKinney Police officers executed a state search

warrant at the defendant's residence located at 530 Bluebird Lane, Fairview, Texas,

Eastern District of Texas. Both the defendant **Frank Charles Spezzano** and codefendant

Peter James Thompson lived at the residence.

2.    During the search of the residence, officers located approximately 28 grams

of methamphetamine, ammunition, and four firearms, including a Maverick Arms Model

88, 12 gauge shotgun, serial number MV35274S, a Taurus Model PT101P, .40 caliber

pistol, serial number SCS03077, a Star Model Super, 9mm pistol, serial number 022518,

and an Iver Johnson Model Safety Auto 2nd, .38 caliber revolver, serial number Q43110.

Factual basis – Page 1

3.      I, **Frank Charles Spezzano**, knew that I possessed the firearms described above after I had been previously convicted of a felony.  I knew that my possession of the firearms was prohibited by law because I was a convicted felon.

4.      The firearms described above fall within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

5.      The firearms described above were not manufactured in the State of Texas, and had traveled in interstate commerce.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § ~~924(c)~~ 922(g) ≠ 5,

Dated:                          _____
                                FRANK CHARLES SPEZZANO, III
                                Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with my client, **Frank Charles Spezzano, III**.  Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated:                          _____
                                FRANK HENDERSON
                                Attorney for Defendant

Factual basis – Page 2