| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

**SHERMAN DIVISION**

### REFERRAL ORDER

In light of U. S. Magistrate Judge Kimberly C. Priest Johnson succeeding U.S. Magistrate Judge Don D. Bush upon Judge Bush's retirement, it is ORDERED that the Clerk of Court shall reassign to Judge Johnson all pending criminal cases previously referred by the undersigned to Judge Bush.

SIGNED at Beaumont, Texas, this 12th day of September, 2016.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE